B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Daniel J Nemeth,**    Case No. **9:13-bk-11169**
        **Beth E Boucher-Nemeth**

                                      Debtors      Chapter    **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,000.00 | | |
| B - Personal Property | Yes | 4 | 85,861.82 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 16,929.93 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 49,404.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,529.59 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,837.95 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 87,861.82 | | |
| Total Liabilities | | | | 66,334.09 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Middle District of Florida

In re    **Daniel J Nemeth,**
         **Beth E Boucher-Nemeth**
         Debtors

Case No. **9:13-bk-11169**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 1,894.93 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 1,894.93 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,529.59 |
| Average Expenses (from Schedule J, Line 18) | 4,837.95 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,456.67 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 2,154.93 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 49,404.16 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 51,559.09 |

B6A (Official Form 6A) (12/07)

In re **Daniel J Nemeth,**
**Beth E Boucher-Nemeth**
, Debtors

Case No. **9:13-bk-11169**

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Time Share - Vistana Cascades Condominium (016861)** | **Time Share** | **J** | **2,000.00** | **0.00** |

|  | Sub-Total > | **2,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **2,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Daniel J Nemeth,**
      **Beth E Boucher-Nemeth**
,
                              Debtors

Case No.   **9:13-bk-11169**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | J | **25.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB&T Bank @ Work (0991)** | J | **1,081.03** |
| | | | **BB&T Savings (3813)** | J | **10.00** |
| | | | **BB&T @ Work (1041)** | W | **21.98** |
| | | | **Dining Room: One (1) Table; One (1) China Cabinet; Four (4) Chairs** | J | **140.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room: Two (2) Couches; Two (2) Desks; One (1) TV; One (1) TV Stand** | J | **350.00** |
| | | | **Kitchen: One (1) Table; Four (4) Chairs; One (1) Set of Dishes; One (1) Set of Glassware; One (1) Set of Cookware; One (1) Set of Flatware** | J | **85.00** |
| | | | **Bedrooms: Three (3) Beds; Three (3) Mattresses; Three (3) Dressers; One (1) Night-Stand; Three (3) Sets of Linens** | J | **300.00** |
| | | | **Bathrooms: Misc Linens** | J | **15.00** |
| | | | **Home Office: Two (2) Laptops; One (1) Printer/Scanner** | J | **125.00** |
| | | | **One (1) Radio; One (1) Vacuum Cleaner; One (1) Iron; One (1) Patio Table; One (1) Patio Chair** | J | **92.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books, Pictures, Paintings, Decor, DVDs** | J | **75.00** |
| 6. | Wearing apparel. | | **Men, Women, and Children's Clothing & Shoes** | J | **350.00** |
| | | | | Sub-Total > (Total of this page) | **2,670.01** |

  **3**  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Daniel J Nemeth,**
**Beth E Boucher-Nemeth**,
Debtors

Case No. **9:13-bk-11169**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **One (1) Men's Wedding Band; One (1) Women's Wedding Band; Misc Costume Jewelry** | **J** | **675.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Misc Children's Toys; One (1) Set of Golf Clubs; One (1) Wii Game Console; Misc Wii Games; Four (4) Bicycles** | **J** | **300.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **The Talbots, Inc. Retirement Savings (3192)** | **W** | **51,024.53** |
| | | **Kelly Greens Master Association 401(K)  (2646)** | **H** | **11,892.28** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >  **63,891.81**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Daniel J Nemeth,** Case No. __9:13-bk-11169__
**Beth E Boucher-Nemeth**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Ford Explorer XLT; Mileage: 142,400; VIN: 1FMZU63K65UB59290 | H | 4,475.00 |
| | | 2011 Dodge Grand Caravan Mainstreet; Mileage: 37,300; VIN: 2D4RN3DG9BR755984 | J | 14,775.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total > **19,250.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Daniel J Nemeth,**
**Beth E Boucher-Nemeth**
,
Debtors

Case No. **9:13-bk-11169**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | | Fish | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **50.00**
(Total of this page)
Total > **85,861.82**

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re   **Daniel J Nemeth,**
        **Beth E Boucher-Nemeth**
                                  Debtors

Case No.   **9:13-bk-11169**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Dining Room: One (1) Table; One (1) China Cabinet; Four (4) Chairs | Fla. Stat. Ann. § 222.25(4) | 140.00 | 140.00 |
| **Household Goods and Furnishings** | | | |
| Kitchen: One (1) Table; Four (4) Chairs; One (1) Set of Dishes; One (1) Set of Glassware; One (1) Set of Cookware; One (1) Set of Flatware | Fla. Stat. Ann. § 222.25(4) | 85.00 | 85.00 |
| Bathrooms: Misc Linens | Fla. Stat. Ann. § 222.25(4) | 3.01 | 15.00 |
| One (1) Radio; One (1) Vacuum Cleaner; One (1) Iron; One (1) Patio Table; One (1) Patio Chair | Fla. Stat. Ann. § 222.25(4) | 92.00 | 92.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Misc. Books, Pictures, Paintings, Decor, DVDs | Fla. Stat. Ann. § 222.25(4) | 75.00 | 75.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Misc Children's Toys; One (1) Set of Golf Clubs; One (1) Wii Game Console; Misc Wii Games; Four (4) Bicycles | Fla. Stat. Ann. § 222.25(4) | 300.00 | 300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Kelly Greens Master Association 401(K)  (2646) | Fla. Stat. Ann. § 222.21(2) | 11,892.28 | 11,892.28 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Ford Explorer XLT; Mileage: 142,400; VIN: 1FMZU63K65UB59290 | Fla. Stat. Ann. § 222.25(1)<br>Fla. Const. art. X, § 4(a)(2)<br>Fla. Stat. Ann. § 222.25(4) | 1,000.00<br>1,000.00<br>2,475.00 | 4,475.00 |
| | Total: | **17,062.29** | **17,074.28** |

  **1**  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Daniel J Nemeth,**  
     **Beth E Boucher-Nemeth**  
                                            Debtors

Case No.  **9:13-bk-11169**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Wife's Exemptions** | | | |
| **Real Property** | | | |
| Time Share - Vistana Cascades Condominium (016861) | Fla. Stat. Ann. § 222.25(4) | 2,000.00 | 2,000.00 |
| **Cash on Hand** | | | |
| Cash on hand | Fla. Stat. Ann. § 222.25(4) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| BB&T Bank @ Work (0991) | Fla. Const. art. X, § 4(a)(2) | 968.02 | 1,081.03 |
| | Fla. Stat. Ann. § 222.25(4) | 113.01 | |
| BB&T Savings (3813) | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| BB&T @ Work (1041) | Fla. Const. art. X, § 4(a)(2) | 21.98 | 21.98 |
| **Household Goods and Furnishings** | | | |
| Living Room: Two (2) Couches; Two (2) Desks; One (1) TV; One (1) TV Stand | Fla. Stat. Ann. § 222.25(4) | 350.00 | 350.00 |
| Bedrooms: Three (3) Beds; Three (3) Mattresses; Three (3) Dressers; One (1) Night-Stand; Three (3) Sets of Linens | Fla. Stat. Ann. § 222.25(4) | 300.00 | 300.00 |
| Bathrooms: Misc Linens | Fla. Stat. Ann. § 222.25(4) | 11.99 | 15.00 |
| Home Office: Two (2) Laptops; One (1) Printer/Scanner | Fla. Stat. Ann. § 222.25(4) | 125.00 | 125.00 |
| **Wearing Apparel** | | | |
| Men, Women, and Children's Clothing & Shoes | Fla. Stat. Ann. § 222.25(4) | 350.00 | 350.00 |
| **Furs and Jewelry** | | | |
| One (1) Men's Wedding Band; One (1) Women's Wedding Band; Misc Costume Jewelry | Fla. Stat. Ann. § 222.25(4) | 675.00 | 675.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| The Talbots, Inc. Retirement Savings (3192) | Fla. Stat. Ann. § 222.21(2) | 51,024.53 | 51,024.53 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2011 Dodge Grand Caravan Mainstreet; Mileage: 37,300; VIN: 2D4RN3DG9BR755984 | Fla. Stat. Ann. § 222.25(1) | 0.00 | 14,775.00 |
| **Animals** | | | |
| Fish | Fla. Stat. Ann. § 222.25(4) | 50.00 | 50.00 |
| | **Total:** | **56,024.53** | **70,802.54** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

**B6I (Official Form 6I) (12/07)**

In re **Daniel J Nemeth**
**Beth E Boucher-Nemeth**
Debtor(s)

Case No. **9:13-bk-11169**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Son** **Daughter** | AGE(S): **9** **9** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **General Manager** |
| Name of Employer | | **Talbots** |
| How long employed | | **17 years** |
| Address of Employer | | **5555 Tamiami Trail N. Ste G5B** **Naples, FL 34108** |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **5,220.54** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **5,220.54** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **0.00** | $ **555.22** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify) **See Detailed Income Attachment** | $ **0.00** | $ **1,135.73** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,690.95** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **3,529.59** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **0.00** | $ **3,529.59** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **3,529.59** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re **Daniel J Nemeth**
    **Beth E Boucher-Nemeth**      Case No. **9:13-bk-11169**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **Cigna** | $ **0.00** | $ **338.84** |
| **Delta Dental** | $ **0.00** | $ **82.08** |
| **401(k)** | $ **0.00** | $ **313.23** |
| **HSA** | $ **0.00** | $ **203.92** |
| **Port Optional** | $ **0.00** | $ **18.84** |
| **Voluntary Accidental** | $ **0.00** | $ **5.24** |
| **Dependent Spouse Life** | $ **0.00** | $ **9.96** |
| **Child Life** | $ **0.00** | $ **0.26** |
| **RSVP Loan Repayment** | $ **0.00** | $ **163.36** |
| **Total Other Payroll Deductions** | $ **0.00** | $ **1,135.73** |

B6J (Official Form 6J) (12/07)

In re **Daniel J Nemeth**
**Beth E Boucher-Nemeth**     Case No. **9:13-bk-11169**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 1,300.00 |
|    a. Are real estate taxes included? | Yes ___    No **X** | |
|    b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 250.00 |
|              b. Water and sewer | | $ 75.00 |
|              c. Telephone | | $ 0.00 |
|              d. Other **See Detailed Expense Attachment** | | $ 309.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 75.00 |
| 4. Food | | $ 900.00 |
| 5. Clothing | | $ 90.00 |
| 6. Laundry and dry cleaning | | $ 10.00 |
| 7. Medical and dental expenses | | $ 240.00 |
| 8. Transportation (not including car payments) | | $ 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | | $ 0.00 |
|        b. Life | | $ 0.00 |
|        c. Health | | $ 0.00 |
|        d. Auto | | $ 150.00 |
|        e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|         (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | | $ 428.95 |
|        b. Other | | $ 0.00 |
|        c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **See Detailed Expense Attachment** | | $ 360.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 4,837.95 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I     $ **3,529.59**
b. Average monthly expenses from Line 18 above     $ **4,837.95**
c. Monthly net income (a. minus b.)     $ **-1,308.36**

**B6J (Official Form 6J) (12/07)**

In re **Daniel J Nemeth**
**Beth E Boucher-Nemeth**      Case No. **9:13-bk-11169**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cell phone | $ 180.00 |
| Phone, Cable & Internet Combined | $ 129.00 |
| **Total Other Utility Expenditures** | **$ 309.00** |

**Other Expenditures:**

| | |
|---|---:|
| Child Care/Sitters | $ 250.00 |
| Children's Camps, Scouting, Sports, etc. | $ 100.00 |
| Postage, Bank Service Charges, Tax Prep | $ 10.00 |
| **Total Other Expenditures** | **$ 360.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  Daniel J Nemeth
      Beth E Boucher-Nemeth
                                        Debtor(s)

Case No.  9:13-bk-11169
Chapter   13

## DECLARATION CONCERNING DEBTORS' AMENDED SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 13 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 10/10/2013         Signature  /s/ Daniel J Nemeth
                                   Daniel J Nemeth
                                   Debtor

Date 10/10/2013         Signature  /s/ Beth E Boucher-Nemeth
                                   Beth E Boucher-Nemeth
                                   Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.