B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Daniel J Nemeth**
____**Beth E Boucher-Nemeth**_____

Case No.   **9:13-bk-11169**
_____
Chapter    **7**
_____

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Santander Consumer, USA** | **Describe Property Securing Debt:**<br>**2011 Dodge Grand Caravan Mainstreet; Mileage: 37,300; VIN: 2D4RN3DG9BR755984** |

Property will be (check one):

☐ Surrendered               ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt               ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Chuck Walkerstorfer** | **Describe Leased Property:**<br>**Residential Lease Agreement** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES          ☐ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**Verizon Wireless** | **Describe Leased Property:**<br>**Wireless Cell Phone Service.** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☒ YES          ☐ NO |

## DECLARATION

The undersigned Debtor, hereby, declares under penalty of perjury that he/she has read the foregoing schedule and that it is true and correct to the best of his/her knowledge, information and belief.

Date: 10/16/13 _____     Signature: _____
                                               Daniel J. Nemeth

## DECLARATION

The undersigned Debtor, hereby, declares under penalty of perjury that he/she has read the foregoing schedule and that it is true and correct to the best of his/her knowledge, information and belief.

Date: 10/16/13 _____     Signature: _____
                                               Beth E. Nemeth-Boucher

*Penalty for making a false statement or concealing property: Fine up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. Sections 152 and 3571*

Dated this 16 day of October 2013.

**COTTRELL LAW & TITLE GROUP**
809 Walkerbilt Road, Suite 5
Naples, FL 34110
Phone   (239) 449-4884
Fax      (239) 449-4894

/s/ W. Justin Cottrell, Esq. _____
W. Justin Cottrell, Esq.
Florida Bar No.: 0027637